IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMONA Y. KENNARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 3:18-CV-0044-M (BH) |
| | ) | |
| AUSTIN TEXAS ADVOCACY'S MHMR | ) | |
| MENTAL HEALTH, | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)*, filed January 8, 2018 (doc. 5), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED this 23rd day of February, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE